UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| CAREY FAUGHT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.: 3:21-CV-321-TAV-DCP |
| | ) | |
| VINCENT VANTELL, | ) | |
| | ) | |
| Respondent. | ) | |

# JUDGMENT ORDER

In accordance with the accompanying memorandum opinion:

1. The Clerk is **DIRECTED** to update the Court's docket to list Vincent Vantell as Respondent herein;

2. Respondent's motion to dismiss the petition [Doc. 19] is **GRANTED** on the ground that the petition is time-barred;

3. A certificate of appealability will not issue;

4. The Court **CERTIFIES** that any appeal in this matter would not be taken in good faith. 28 U.S.C. § 1915(a)(3);

5. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24;

6. This action is **DISMISSED**; and

7. The Clerk is **DIRECTED** to close the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

LeAnna R. Wilson
CLERK OF COURT